**Opinion issued October 31, 2013**.



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-13-00497-CR

—————————————

### INYANG ISANG IWOT, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the County Criminal Court at Law No. 8**
**Harris County, Texas**
**Trial Court Case No. 1856796**

---

### MEMORANDUM OPINION

Appellant, Inyang Isang Iwot, proceeding pro se, has filed a motion to dismiss his appeal, which he has signed. *See* TEX. R. APP. P. 42.2(a). We have not issued a decision in the appeal. Although the motion does not contain a certificate of conference, it contains a certificate of service, stating that the motion was served

on the State and has been on file with the Court for more than ten days. The State has not responded or otherwise expressed opposition to the motion. *See* TEX. R. APP. P. 10.3(a)(2); *see also* TEX. R. APP. P. 10.1(a)(5).

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Sharp, and Brown.
Do not publish. TEX. R. APP. P. 47.2(b).